No. 268, Misc. HOLMES *v.* MISSISSIPPI SHIPPING Co., INC. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. August 23, 1962. Dismissed pursuant to Rule 60 of the Rules of this Court. *Samuel C. Gainsburgh* and *Raymond H. Kierr* for petitioner.

No. 311. SIDELL ET AL. *v.* HILL. On petition for writ of certiorari to the Court of Appeals of Kentucky. August 29, 1962. Dismissed pursuant to Rule 60 of the Rules of this Court. *Jerome M. Alper* for petitioners.

No. 106. SCHENLEY DISTILLERS, INC., *v.* JOHN P. DANT DISTILLERY Co. ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. September 7, 1962. Dismissed pursuant to Rule 60 of the Rules of this Court. *Milton Handler, Sidney A. Diamond* and *Ben F. Washer* for petitioner. *Oldham Clarke* for respondents.